## S'TATEMENT OF FACTS

1. On March 8, 2026, at approximately 9:50 PM, United States Park Police ("USPP") Officer Evian Vega was monitoring MPD 3D radio during a surge patrol / high visibility patrol of the area (due to being a MPD hotspot for criminal activity) and heard units call out the FLOCK license plate reader notification for a stolen vehicle. This activity was recorded on USPP's CAD. At approximately 9:46 p.m., a FLOCK camera that was located in the area of 1790 Columbia Road NW registered a stolen vehicle was traveling eastbound near the 1700 block of Columbia Rd NW, Washington, D.C. The vehicle was a black BMW four-door sedan bearing Maryland tags and had been reported stolen out of Maryland.

2. Officer Vega, driving a marked USPP cruiser, located the stolen vehicle near the intersection of 16th Street and Irving Street NW, and activated his emergency equipment to attempt to stop the vehicle. The driver of the stolen vehicle (hereinafter, the "Suspect") was the sole occupant of the vehicle. The Suspect disregarded Officer Vega's lights and sirens and attempted to flee in the stolen vehicle. Officer Vega initiated a vehicle pursuit. The Suspect proceeded to disregard multiple traffic control devices, was driving at a high rate of speed, drove the wrong way on the street, and collided with multiple parked vehicles.

3. The pursuit ended after the Suspect drove over a curb and struck a DC parking sign, causing disabling damage to the stolen vehicle at the intersection of 14th Street and Military Road NW. Officer Vega unholstered his service weapon and displayed it toward the Suspect. Officer Vega ordered the Suspect to have his hands visible and to step out of the car. Officer Vega then instructed the Suspect to face away from him, to drop to his knees, and to place both hands on top of his head.

4.      As Officer Vega approached the Suspect to place handcuffs on him, the Suspect stood back up and attempted to flee on foot. The Suspect traveled westbound on Military Road NW, jumped over a stone wall, and then traveled southbound through a grassy area. The Suspect finally stopped in front of a driveway to a private residence on Missouri Ave NW and dropped to his stomach. Officer Vega then handcuffed the Suspect with the assistance of MPD.

5.      Officer Vega then conducted a search incident to arrest and recovered the following items from the Suspect's person: a BMW key fob, a BMW digital key, debit/credit cards, a Maryland driver's License, and multiple denominations of U.S. currency totaling $170. Officer Vega identified the Suspect as Fulani Hasan Tahrike HERROD by his Maryland driver's license and placed HERROD in the rear of his patrol cruiser.

6.      MPD officers assisted in securing the stolen vehicle. The driver's door of the vehicle was open, and in plain view on the driver side floorboard was a blue and black handgun.



*Figure 1*

7.      Officer Vega conducted a search of the vehicle. Officer Vega recovered the firearm and determined it to be a Polymer80 9mm handgun with no serial number, loaded with one round of 9mm ammunition in the chamber and six rounds in the 17-round capacity magazine.



*Figure 2 & 3*

8.      Additionally, Officer Vega recovered a black Nike backpack that was located behind the driver seat (rear passenger compartment) floorboard.  Upon a search of the backpack, Officer Vega recovered:

   a. 12 clear plastic bags of a green leafy substance (consistent in appearance with marijuana) placed in one large clear plastic bag, weighing 371.40 grams;

   b. 12 additional clear plastic bags of a green leafy substance (consistent in appearance with marijuana), weighing 330.3 grams;

c. Eight clear plastic bags twisted in a knot containing a white rock like substance, which field tested positive for cocaine/crack and weighed approximately 63.9 grams;

d. Two 1lb orange boxes of Arm & Hammer baking soda;

e. A green and wooden small glass container labeled as "Whole Melt extracts," weighing approximately 112.2 grams;

f. 57 brown capsules containing a pinkish and white powdery substance, which field tested positive for opiates and weighed approximately 47.7 grams;

g. Approximately 360 pink pills with several broken pieces inside a CVS Health B-12 labeled bottle, weighing approximately 100.3 grams;

h. Two clear zips containing a large quantity of small blue zip bags.

i. An additional Maryland license plate registered to the owner of a white 2015 Kia Forte, not in HERROD's name.



*Figure 4*

9.     Your Affiant is aware that, at the time of his arrest, HERROD had previously been convicted of a crime punishable by more than one year in prison, specifically in Montgomery County, Maryland Circuit Court Case Number C-15-CR-23-001115, where HERROD was convicted of Loaded Handgun in Vehicle, Attempt by Drive to Elude Uniformed Police by Fleeing on Foot, and two related traffic offenses. On March 25, 2024, the defendant was sentenced to 2 years of incarceration, with all but 5 days suspended on the Loaded Handgun in Vehicle conviction. Accordingly, HERROD would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

10. Your Affiant is aware there are no licensed ammunition manufacturers in the District of Columbia, and therefore, there is probable cause to believe the ammunition would have traveled in interstate commerce.

11. As such, your Affiant respectfully submits that there is probable cause to find that, on March 8, 2026, in the District of Columbia, Fulani Hasan Tahrike HERROD committed the offenses of (1) possessing ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. § 922(g)(1); and (2) possessing a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year in violation of D.C. Code § 22-4503..

_____
Special Agent Matthew Brown
Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN AND SUBSCRIBED TO ME ON MARCH 11, 2026.

_____
Zia M. Faruqui
United States Magistrate Judge